# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO.  4:08CR00257-001 SWW |
| | * | |
| LISA DAWN SHIPLEY | * | |

## ORDER

On February 25, 2021, Defendant Lisa Dawn Shipley was present with her attorney, J. Brooks Wiggins, for a telephone hearing on the United States' superseding motion [ECF No. 32] to revoke the supervised release previously granted Defendant.  The Government was represented by Assistant United States Attorney Michael S. Gordon.  Based on Defendant's admission and statements on the record, the Court found that Defendant has violated the conditions of her supervised release without just cause.  However, the Court determined that Defendant's supervised release should not be revoked at this time but will instead modify the conditions of supervised release.

IT IS THEREFORE ORDERED that *defendant's term of supervised release shall be modified to include the following special condition*:

1. Defendant shall have no direct or indirect contact with Angela D. Martin, Reg. No. 22000-014, by any means, including in person, by mail, electronically, telephonically, or through third parties.  This

modification applies regardless of whether Martin remains incarcerated or is released from the Bureau of Prisons.

*All other standard and additional conditions of Defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of her term of supervised release*.  The Court reminds Defendant that any further violation of the terms of her supervised release could result in revocation of her release.

IT IS FURTHER ORDERED that the superseding motion to revoke [ECF No. 32] is DISMISSED.  The original motion [ECF No. 28] is MOOT.

IT IS SO ORDERED THIS 2nd DAY OF MARCH , 2021.

/s/Susan Webber Wright<br>
UNITED STATES DISTRICT JUDGE